## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 285 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Juan Rivera-Casillas | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant was taken into administrative custody by the Bureau of Immigration and Customs Enforcement on 4/3/08. Defendant informed of his rights. Eugene Steingold is appointed as counsel for Defendant. Preliminary examination and detention hearing set in open court for 4/15/08 at 11:00 a.m. is reset to 4/15/08 at 3:30 p.m.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|