# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 285 - 1 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Juan Rivera- Casillas | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination. Defendant waives preliminary examination; Enter a finding of probable cause; Order Defendant bound to the District Court for further proceedings. Defendant waives detention. Order Defendant detained pending further order of the court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | VKD |
|---|---|---|