UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.   08 CR 285 |
| v. | ) | |
| JUAN CARLOS RIVERA-CASILLAS | ) | Judge Susan Cox |
| | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney Shoshana Gillers is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorney.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

       By: s/Stephen P. Baker
           Stephen P. Baker
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-1598

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Withdraw and Substitution of Counsel was served on counsel to the defendant.

By: Stephen P. Baker
STEPHEN P. BAKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1598