# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 285 | **DATE** | 5/15/2008 |
| **CASE TITLE** | United States of America vs. Juan Rivera Casillas | | |

**DOCKET ENTRY TEXT**

The government's oral motion to dismiss the criminal complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

Case 1:08-cr-00285   Document 7   Filed 05/15/2008   Page 1 of 1

08CR285 United States of America vs. Juan Rivera Casillas                                                   Page 1 of 1